IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Christopher A | Case Number: 06 B 11893 |
|---|---|---|
|  | Wilson, Anne E | Judge: Wedoff, Eugene R |
|  | Printed: 2/5/08 | Filed: 9/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 20, 2007
Confirmed: November 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,320.00 |  |
| Secured: |  | 1,183.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,977.00 |
| Trustee Fee: |  | 159.36 |
| Other Funds: |  | 0.00 |
| Totals: | 3,320.00 | 3,320.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 1,977.00 |
| 2. | Denver Municipal FCU | Secured | 15,406.04 | 592.18 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 15,830.27 | 591.46 |
| 4. | Internal Revenue Service | Priority | 8,091.81 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Unsecured | 1,277.34 | 0.00 |
| 6. | Capital One | Unsecured | 1,553.60 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 309.28 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 1,685.28 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 373.20 | 0.00 |
| 10. | General Motors Acceptance Corp | Unsecured | 7,901.91 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 344.94 | 0.00 |
| 12. | General Motors Acceptance Corp | Unsecured | 9,056.32 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 626.53 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 407.85 | 0.00 |
| 15. | Colorado Dept of Revenue | Priority |  | No Claim Filed |
| 16. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 17. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
| 18. | Aaron's Sales | Unsecured |  | No Claim Filed |
| 19. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | NextCard Master-Trust | Unsecured |  | No Claim Filed |
| 22. | Nexcard | Unsecured |  | No Claim Filed |
| 23. | Wakefield & Associates | Unsecured |  | No Claim Filed |
| 24. | Progressive Insurance Co | Unsecured |  | No Claim Filed |
| 25. | Xcel Energy | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Christopher A | Case Number: 06 B 11893 |
|---|---|---|
| | Wilson, Anne E | Judge: Wedoff, Eugene R |
| | Printed: 2/5/08 | Filed: 9/21/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Wakefield & Associates | Unsecured | | No Claim Filed |
| 27. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 28. | Wakefield & Associates | Unsecured | | No Claim Filed |
| | | | $ 65,064.37 | $ 3,160.64 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 159.36 |
| | $ 159.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_